FEDERAL DISTRICT COURT

SOUTHERN DISTRICT OF ILLINOIS

BRAUN THOMPSON #09106-029, FEDERAL PRISONER U.S.P. MARION

MOTION/REQUEST For Immediate Emergency Medical Relief

I am a federal prisoner at U.S.P. Marion currently suffering serious physical torment due to what I believe is defined as "tortuous misconduct" by medical staff at this institution.

For more than 10 years I have suffered from chronic back pain do to permanantly compressed sciatic and/or peroneal nerves on my left side. I have been on chronic care for this for many years, walk with a prescribed crutch modified as a walking staff, and have a monthly presciption for pain medication. I have also had nerve pain problems in my upper back, shoulders, and arms.

On Wednesday 04/20 of this year I woke with a severely pinched nerve in my upper right back. Because such pains can be quite temporary due to twisted/pulled tissues or simply sleeping in the wrong position, I waited several days to see if it would fade away. By the following Monday 04/25 if anything it was worse, and I reported to sick call, and placed on "call out" to see my regular PA Brooks.

The following day, Tuesday 04/26/, I was examined by P.A. Brooks. I have a severe, sharp ache like a crack slashed down vertebrae in my upper spine and a deeper, harsher ache that seems to surround that area. There is a place between my spine and right shoulder blade that feels like a dull spike has been driven into the meat and bone that hurts visciously, and pain radiating from my right shoulder through my right upper arm and forearm all the way into my hands. I cannot sleep for much of the time, or lay down in any position except flat on my back — which aggravates the swollen, sore area between spine and shoulder area. I cannot sleep, or lay, on either side without immediately aggravating the entire injured areas. However I cannot lay on my back without aggravating the "spike" area, and for the past couple of weeks trying to lay flat on my back is seriously aggravating the compressed sciatic/peroneal nerves as well.

When PA Brooks examined me she immediately put me on a presciption for PRESIDONE because of the severity of the pain. She used a "step down" regime, hoping it would alleviate the pain and let it fade away.

I would see the doctor in about a month, if it worked, and if it did not work I would return to try something else. She also ordered a battery of X-rays for the whole affected area, which were taken the

EMERGENCY MEDICAL RELIEF

2 of 5

following day, Wednesday 04/27.

The first four days of the prescription, 04/26-27-28-29, for 50 mg for 2 days and then 40 mg for 2 days, were effective. The next 2 days were for only 30 mg and the majority of the pain had returned, and was only going to get worse as the dosages lessened. On Monday 05/02 I returned to sick call as agreed, in serious pain as previously described. The sick call nurse himself stated none of this was "just going away" as the x-rays showed degenerate bone disease, some of it severe, in at least 4 veterbrae, and at least one bone spur stabbing into my back. This was clearly physical evidence of need for immediate attention even beyond the previous week's examination, and that previous short-term prescription was clearly inadequate to meet that need for medical attention.

In spite of that previous examination and understanding and treatment, in spite of the inarguable physical evidence of the x-rays she herself ordered, in spite of the very real and undeniable need I had for immediate medical attention and relief from sheer physical misery, P.A. Brooks entire response was ——— utter silence. She refused to see me, refused to do anything about my situation beyond her ineffective first effort, refused to even respond to the situation. Complete silence. Left me trying to deal with that level of on-going pain and sleep deprivation with nothing but a useless by then very low-dosage prescription that did nothing for the pain and at the same time prevented me from taking anything else, literally could not take so much as an asprin. She refused to so much as even communicate at all, or even acknowledge that situation.

By 05/04 Wednesday she had made no response nor placed me on "call out" to see her for the rest of the week. So I filed an extentensive complaint via "prisoner to staff" e-mail that goes directly to Washington, D.C., and the Office Of Inspector General, F.B.O.P. prisoners have been given direct instructions, over a year ago, to use this procedure, by the Attorney General.

I specifically requested that full copies of the complaint be forwarded to the F.B.O.P. Internal Affairs (Washington), the Director of the F.B.O.P., the Warden here at U.S.P. Marion (Sproul), and the Health Services Administrator (H.S.A. Dr. Harbison, in charge of Health Services), specifically to inform these people of the situation and to have a record of having done so.

On Friday 05/06 I sent an e-mail to HSA Dr. Harbison regarding the situation. On 05/08, 05/10, 05/11 I sent several e-mails to Dr. Pass

the m.d. who supervises the P.A.s, P.A. Brook's immediate superior. The up-shot of his responses were that I had better quit bothering him improperly through the e-mails, that I would be seen by P.A. Brooks many days in the future at the end of her ineffective prescription for presidone and not before — with no medical attention in the mean time — and finally that if I was in so much pain I SHOULD GO TO SICK CALL AND GET AN APPOINTMENT. Which simply prooved he had not even bothered to fully read my complaint to him because that complaint revolved completely around the fact that I had gone to sick call and been refused treatment, had been refused to even be seen or talked to by P.A. Brooks.

When I told him that over the next email his response was — silence. I had already officially informed both him and Dr. Harbison in my emails that I had removed P.A. Brooks from any further contact with me or my medical care do to her obvious incompetence/negligence/abuse as she and her medical judgement are obviously untrustworthy and hazardous to me. The only response to any of that from either Dr. Pass or Dr. Harbison that I have received is thier sudden attempt to try to force me to see P.A. Brooks again — or receive no medical attention at all.

P.A. Brooks had no excuse not to see me the week I went the second time to sick call. She was present those days for 8 hour shifts and had only 6-8 patients a day on call-outs. She simply did not wish to see me or attend my medical needs. Both Dr. Pass and Dr. Harbison could have attended me that week or the next, or had either of the other two P.A.s attend me. They refused to do so, trying to force me to accept Brooks or continue to suffer with no medical attention. It would be out of the bounds of reason for me to accept P.A. Brooks as a medical care giver after her conduct — and now equally out of bounds to accept such attention from Harbison or Pass after thier negligent, incompetent abuse, even if they offered, which they have not.

I am therefore trapped in an on-going, never-ceasing situation of constant serious-to-severe physical pain and sleep deprivation with no end in sight, no means to even mitigate the situation, and serious concern about further damage occuring because I am untreated,

I hope my requests to the Court will come across as straight-forward and appropriate, and as simple as possible, I also wish the Court to clearly understand that I am not seeking any action against anyone

in this current action, only emergency medical attention and relief, via Court investigation and order. My requests are these:

> The Court Order U.S.P. Marion to release to the Court all medical records pertaining to me from 04/25 this years onwards, including the full battery of x-rays taken on 04/27, and all e-mails between me and medical staff. To specifically Order these records be delivered to the Court within 24 hours as there can be no need nor cause for any delay.

> The Court contact the Office Of Inspector General and obtain a copy of the complaint I filed regarding this situation, and a list of all officials who were sent copies. This is to verify the complaint itself and identify all who were so informed.

> Upon receipt of that medical record from U.S.P. Marion, for the Court to consult with a competent medical physician of its choice, who has no connection with the F.B.O.P. or U.S.P. Marion personel. Specifically that all those records, particularly the x-rays, be turned over to that physician for a proper, unbiased medical judgement of neccessary treatment for myself for my current condition.

> That upon that physician's jugement of my needs, the Court Order such treatments be given me, UNDER THAT PHYSICIAN'S CARE OR ANOTHER AS CHOSEN BY THE COURT WHO HAS NO CONNECTION TO THE F.B.O.P. OR U.S.P. MARION PERSONEL AND THAT NEITHER THE F.B.O.P. NOR ANY U.S.P. MARION PERSONEL BE ALLOWED INVOLVEMENT OR EFFECT ON THOSE TREATMENTS. I make this request specifically on the grounds that the clear evidence shows beyond reasonable doubt that U.S.P. Marion Health Services has refused to give me proper medical attention, has in fact engaged in tortuous misconduct agaist my person, and cannot be sanely trusted with my care.

I do not seek with this action any type of compensation or finding of fault for punative purposes, simply emergency relief from the Court.

I do not know what the proper format/forms are for this type of request, I hope this is sufficient. I in fact do not even know the proper term for this type of request, or what regulations/laws it falls under.

I am presuming it is similar to PLRA, and that I will be incurring a similar debt. I am unable to supply the Court with any

# EMERGENCY MEDICAL RELIEF

## 5 of 5

official financial documentation, as the institution continues to refuse to give me any. The Court will have to Order the institution directly to supply it. My financial situation is unchanged since I last supplied the Court with information — I have continued to receive a $40$^{00}$ monthly gift, and no other income. I am therefore indigent and requesting to file this informa pauperis. Please send me any forms and instructions that the Court needs me to fill out and file.

I hope this is adequately legible. I have to write this on a slab of cardboard in my lap, and use my right arm and hand which becomes extremely painful.

Sincerely, Braun Thompson

BRAUN THOMPSON #09106-029

U.S.P. MARION

P.O. BOX 1000

MARION, IL. 62959

MAY 16, 2022

Court Clerk
Southern District of Illinois

MAY 17, 2022

BRAUN THOMPSON #09106-029
U.S.P. MARION
P.O. BOX 1000
MARION, Illinois 62959

RE: Enclosed Filings

Dear Clerk,
    Please file the enclosed documents:
> Merit Review Status, 3:22-CV-00059 NJR, one page
> Motion for ruling on merit Review, 3:21-CV-01400-NJR, one page
> Request for Emergency medical Assistance/Relief, NEW FILING, five pages

        Thank You, Sincerely, Braun Thompson
                        BRAUN THOMPSON #09106-029

BRAUN THOMPSON #09106-029
United States Penitentiary/Marion
P.O. Box 1000
Marion, Il. 62959

SPECIAL
LEGAL
MAIL

CLERK OF COURT
UNITED STATES DISTRICT COURT
DISTRICT OF SOUTHERN ILLINOIS
750 MISSOURI AVENUE
EAST ST. LOUIS, ILLINOIS
62201

CERTIFIED MAIL

SAINT LOUIS

MAIL CLEAR

7021 0950 0001 5895 1412

62201-295429














RECEIVED

MAY 19 2022

CLERK'S ... CI COURT
SOUTHERN ... F ILLINOIS
EAST ST. ... CE

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
... ADDRESS, FOLD AT DOTTED LINE