# UNITED STATES DISTRICT COURT

for the
Southern District of Illinois

22-1062-JPG

BRAUN THOMPSON #09106-029

_____

_____

_____

*Plaintiff(s)/Petitioner(s)*

v.

PA L. BROOKS
DR. R. PASS MD/CD
HSA DR. HARBISON
DIRECTOR F.B.O.P.

*Defendant(s)/Respondent(s)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case Number: 22-1327-JPG

*(Clerk's Office will provide)*

☐ CIVIL RIGHTS COMPLAINT
pursuant to 42 U.S.C. §1983 (State Prisoner)
☒ CIVIL RIGHTS COMPLAINT
pursuant to 28 U.S.C. §1331 (Federal Prisoner)
☐ CIVIL COMPLAINT
pursuant to the Federal Tort Claims Act, 28 U.S.C.
§§1346, 2671-2680, or other law

## I.    JURISDICTION

**Plaintiff:**

A.    Plaintiff's mailing address, register number, and present place of confinement.    BRAUN THOMPSON #09106-029
U.S.P. MARION
P.O. BOX 1000
MARION, ILLINOIS 62959

**Defendant #1:**

B.    Defendant    PA L. BROOKS    is employed as

    (a)        (Name of First Defendant)

Physicians Assistant (PA) with Health Services (PA 1)

    (b)        (Position/Title)

with    U.S.P. MARION

    (c)        (Employer's Name and Address)

At the time the claim(s) alleged this complaint arose, was Defendant #1 employed by the state, local, or federal government?    ☒ Yes    ☐ No

If your answer is YES, briefly explain:
Employed by F.B.O.P. at U.S.P. MARION, In Health Services

Rev. 10/3/19

**Defendant #2:**

C.    Defendant <u>Dr. R. Pass  mD/CD</u> is employed as

(Name of Second Defendant)

<u>Doctor/physician in Health Services, Supervisor of PA's ???</u>
(Position/Title)

with    <u>U.S.P. MARION</u>
(Employer's Name and Address)

At the time the claim(s) alleged in this complaint arose, was Defendant #2 employed by the state, local, or federal government?   ☒ Yes    ☐ No

If you answer is YES, briefly explain:

Employed by F.B.O.P. at U.S.P. Marion, In Health Services

**Additional Defendant(s) (if any):**

D.    Using the outline set forth above, identify any additional Defendant(s).

Defendant #3:
    H6A Dr. Harbison

    Health Services Administrator
    at U.S.P. Marion
    Employed by F.B.O.P. at U.S.P. Marion, in charge of Health Services

Defendant #4:

    Director of the Federal Beareau of Prisons

Rev. 10/3/19

ATTACHMENTS: "Previous Lawsuits"

Parties:
    Plaintiff: Myself
    Defendants: Doe 1 et al

Court: Southern District of Illinois

Case No.: 3:22-CV-00059-NJR

Name of Judge: Nancy J. Rosenstengel

Type: Civil Rights

Disposition: Dismissed WITHOUT PREDJUDICE, am refiling according to instructions.
        (CURRENT)

Parties:
    Plaintiff: Myself
    Defendants: Unknown PARTY

Court: Southern District of Illinois

Case No.: 3:21-CV-01400-NJR

Name of Judge: Nancy J. Rosenstengel

Type: Civil Rights

Disposition: Dismissed WITH PREDJUDICE, counted as a "strike."
*Don't know if this matters but I am filing a motion to re-open this case "for cause", so I don't know if that effects its status. CURRENTLY DISMISSED
Above paperwork/motion being filed simaltaneously with this Filing.

## II.    PREVIOUS LAWSUITS

A.    Have you begun any other lawsuits in state or federal court while you were in prison or jail (during either your current or a previous time in prison or jail), e.g., civil actions brought under 42 U.S.C. § 1983 (state prisoner), 28 U.S.C. § 1331 (federal prisoner), 28 U.S.C. §§ 1346, 2671-2680, or other law?   ☐Yes ☐No

B.    If your answer to "A" is YES, describe each lawsuit in the space below.  If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline.  **List ALL lawsuits in any jurisdiction and indicate the court where they were filed to the best of your ability**, including those that resulted in the assessment of a "strike" under 28 U.S.C. § 1915(g) and/or those that were dismissed for being frivolous, malicious, or for failure to state a claim (see 28 U.S.C. § 1915A; 28 U.S.C. § 1915(e)(2); Federal Rule of Civil Procedure 12(b)(6)).  FAILURE TO FULLY DISCLOSE YOUR LITIGATION HISTORY, INCLUDING "STRIKES," MAY RESULT IN SANCTIONS THAT INCLUDE DISMISSAL OF THIS ACTION.  SEE ATTACHMENT; PREVIOUS LAWSUITS: for two other actions (one page)

1.    Parties to previous lawsuits:
Plaintiff(s):  Myself


Defendant(s):
FCI PEKIN et al


2.    Court (if federal court, name of the district; if state court, name of the county):  Middle District of Illinois

3.    Docket number:  CASE No. 1:13-cv-01346-MMM-BGC

4.    Name of Judge to whom case was assigned:
Michael M. Mihm

5.    Type of case (for example: Was it a habeas corpus or civil rights action?):  Civil Rights


6.    Disposition of case (for example: Was the case dismissed?  Was it appealed?  Is it still pending?):  Dismissed

Rev. 10/3/19

7.    Approximate date of filing lawsuit:
August 2013

8.    Approximate date of disposition:
Spring (march/April/may) 2014

9.    Was the case dismissed as being frivolous, malicious, or for failure to state a claim upon which relief may be granted and/or did the court tell you that you received a "strike?" Nothing was said about a "Strike" but I believe it was dismissed as "FRIvoLous" do to procedural errors.

III.    **GRIEVANCE PROCEDURE**

A.    Is there a prisoner grievance procedure in the institution? ☒ Yes    ☐ No

B.    Did you present the facts relating to your complaint in the prisoner grievance procedure? This is a medical emergency    ☒ Yes    ☒ No situation, not "informal grievance". See below

C.    If your answer is YES,
1.    What steps did you take? Upon PA Brooks misconduct I contacted both Dr. Pass and Dr. Harbison Several times Via e-mail ~to~ Staff. I also filed an extensive, inclusive complaint via DOJ/Sexual Abuse emergency procedure (per Attorney General instructions) with Office Of Inspector General, asking that full copies officially be given to the F.B.O.P. Director, U.S.P. MARION WARDEN, and HSA Dr. Harbison
2.    What was the result?
Dead silence except Dr. Pass complaining that I should not be complaining that way, and totally ignoring the complaint itself — in fact he did not even bother to read it completely. No one else made any response.

D.    If your answer is NO, explain why not.

E.    If there is no prisoner grievance procedure in the institution, did you complain to prison authorities?    ☐ Yes    ☐ No

F.    If your answer is YES,
1.    What steps did you take?

Rev. 10/3/19

2.    What was the result?

G.    If your answer is NO, explain why not.

H.    Attach copies of your request for an administrative remedy and any response you received. If you cannot do so, explain why not:

Cannot do so, and would do no good: Paper copies from me proove no province, Also these are a matter of e-mails, not hard copies.

For the Court to Verify the complaints I made the Court would need to Court Order U.S.P. Marion to officially provide copies of my "email-to-staff" account from 05/06/2022 through 05/17/2022, That would cover my complaints to institutional staff, and results.

I absolutely cannot provide copies of the complaint filed over the DoJ emergency complaint system. These are all "Confidential", cannot be copied, and in fact are never even recorded at my end, they are immediately erased locally as soon as the "Send" command is given. To obtain a verifiable copy of that complaint the Court will need to Court Order the O.I.G./D.O.J. to officially supply the Court with one.

I wish to make clear that I made every effort to deal with this situation both locally, within the institution, and at the top of the F.B.O.P., and that given the severity of my situation it is beyond reason for me to simply accept the lack of response. I can't get any action or even response to the actual complaint locally or nationally, and that leaves me with no recourse at all within the F.B.O.P. Federal Court is my only avenue. I have taken this to the Health Services Administrator, and had the Warden Copied with the complaint in D.C.; I specifically followed the Attorney General's instructions in using the DoJ/Sexual abuse Complaint system to contact the authorities in Washington, D.C. There is no one else in the F.B.O.P. to adress.

Rev. 10/3/19

<u>BODY OF COMPLAINT</u>: <u>STATEMENT OF CLAIM</u>

On Wednesday 04/20/2022 I awoke with a severely pinched nerve as well as other pains. I am familiar with this type of pain as I have lived for years with a permanently compressed sciatic nerve on the left side for which I regularly receive chronic care. I waited for several days because I know such pain can simply fade away, but if anything it became worse.

On Monday 04/25/2022 I reported to sick call and saw a nurse.

On Tuesday 04/26/2022 I saw PA L. Brooks, my regular PA. I reported severe pain radiating from my right shoulder down through my arm and hand, an area between my spine and right shoulder blade that felt like a spike driven into it, very intense spinal pain in several of my upper back vertebrea that felt like they were cloven into a crack down the center, and a more general and deeper pain in the upper spine that was simply a bad ache. PA Brooks prescribed a "step-down" prescription of presidone plus an X-ray. We agreed that if that prescription prooved adequate I could wait to see Dr. Pass in about another month (my regular chronic care) but if the pain did not abate adequately I would be back to see her the following week for further treatment. No mention was made of potential spinal damage that showed up.

The presidone dosages were very short term; two days a piece of 50 mg/40 mg/30 mg/20 mg and descending. By the following week the dosages were so low that they were no longer effective.

On Monday 05/02/2022 I again, as agreed, reported to sick call. The receiving nurse informed me that the x-ray showed at least one bone spur and denegererate bone damage in at least four vertebrea — some of it severe — and possibly collapsed discs, this in the vertebrae I had said I had such pain in. The radioligist had made a more general comment, in agreement with that, the previous week when she took the x-rays. Talking to the nurse I re-described my pain and how it was not abating, and he commented that "This is not going away."

I waited in vain for PA Brooks to put me on callout and see me again for further treatment. She completely ignored my situation, did not even bother to respond, not even to her own ordered x-rays.

On either 05/04/2022 or 05/05/2022 I made use of an emergency e-mail to staff procedure (as we are instructed to do by the Attorney General) to contact the Office Of Inspector General in Washington, DC. about the situation because of how bad the pain was. If I remeber correctly (we have no access to such complaints once sent) I requested the O.I.G. to contact the

<u>Body Of Complaint</u>: <u>Statement of Claim</u>:

F.B.O.P. Director/Counsel General, the F.B.O.P. Internal Affairs, Washington D.C.; the Warden here at Marion, and the Health Services Administrator here, Dr. Harbison, so that they would all have copies of the same complaint. I went into some detail in the complaint to show the seriousness and severity of the situation. To date, no response of any kind has been made to me by those authorities.

On Friday 05/06/2022 I filed an e-mail with HSA Dr. Harbison specifically informing her of the situation, including the complaint filed with the O.I.G.

On Sunday night 05/08/2022 I sent an email to Dr. Pass, who is the supervisor of the PAs and my primary healthcare provider, filing a detailed complaint of the situation. The response from him was some (false) reference to neck pain and orders to stop using the e-mail about the situation. These two e-mails were the beginning of a series of e-mails involving Dr. Pass and Dr. Harbison, and myself. Dr. Harbison made no response of any kind at any time, inspite of her responsibility over Health Services Staff, particularly when a complaint of such a severe and serious misconduct is made. To the best of my knowlege, she made no real attempt to investigate the situation; she certainly never contacted me. Dr. Pass made no effort to deal properly with the situation, spending most of his e-mails complaining about me, and finally prooving in his last e-mail that he had not even actually read my complaint to him. He states specifically and rather condenscendingly that if <u>I am in so much pain, I need to report to sick call</u>. When I wrote him back and told him <u>the entire complaint is about going to sick call and being refused attention</u>, he responded with — total silence. I never heard from him again, and to date the only action Health Services has taken has been to try to force me back into the care of PA Brooks, well after I had officially removed her as my medical care giver because of her misconduct and abuse — see e-mails to both Dr. Pass and Dr. Harbison.

I live constantly with the pains I described to PA Brooks, for which she acknowledges by her prescription for presidone and battery of X-rays. She was fully aware of my condition, and yet utterly refused to even respond to my second sick call visit and completely ignored her own ordered X-rays. She left me in on-going, constant, miserable pain without treatment or anywhere to turn — Sick call is as far as a prisoner can take an emergency medical situation without taking the complaint steps I did. There is no procedure in place to go past a PA's refusal to respond to a medical emergency. I specifically use the

BODY OF COMPLAINT: STATEMENT OF CLAIM:

term "medical emergency" for two reasons. The first is the terrible amount of pain moment to moment when there are many appropriate drugs available to the Health Services staff, présidone and oxycardazipine for two which are regularly prescribed for such pain. Deliberately, consciously forcing me to endure such misery is clearly cruel and unusual as well as clearly professional misconduct, especially in light of how simply and easily it can be treated.

The second reason is the bone degenerate disease shown in several vertebrae, some of it severe (while PA Brooks, Dr. Pass, and Dr. Harbison have all refused to consult with me about those x-rays, both the radiologist and receiving sick call nurse commented on the obvious damage). I am not a medical expert, but I know enough to know that destruction of vertebrae — the spine itself — can threaten the spinal cord itself potentially, which not only can result in severe pain but possible paralysis, and those two outcomes are definitely in the realm of "emergency". Bone degeneration cannot be fixed, nor can spinal cord damage, and my situation is being left untreated with no effort being made to determine further on-going damage or to stop it.

It would not only be unreasonable, it would be insane to put my health care into the hands of PA L. Brooks after her obvious misconduct, intentional abuse, and utter lack of concern. Nor does Health Services have any need to do so. Dr. Pass could have at any time intervened and examined and treated me properly on his own authority; so could have HSA Dr. Harbison; and further, either of those two doctors could have simply assigned me to see either of the other two PAs who work for Health Services and were available. Nor was there any need for a lengthy examination of me in person. The description of my fall and condition was already recorded (twice) and they had the x-rays. These records could have been refered to at medical staff's convenience without my presence; my in-person presence would only have taken a 5-10 minute conversation with either doctor or either PA. I obviously cannot seek medical aid from either Dr. Pass or Dr. Harbison after thier weeks-long support of PA Brooks' misconduct and thier refusal to help me, nor, for obvious reasons, can I trust the ministrations of anyone under the direction of Dr. Pass or Dr. Harbison.

I have been bluntly and coldly denied proper medical attention for severe on-going pain, easily treated, and denied the same for a serious on-going health threat of permanent damage to the spine. Nor can I turn to Health Services at any level since the physician and the Health Services administrator are full partners to the abuse. Not only

# BODY OF COMPLAINT: STATEMENT OF CLAIM:

are PA Brooks, Dr. Pass, and Dr. Harbison legally obligated to provide proper medical care for me, so is the Federal Bureau Of Prisons and thus its Director. I make no accusations/complaints that the Director has intentionally committed wrongs, but I have been severely abused medically for weeks in great pain with seriously potential threat to my health, and my efforts to contact the Director, through officially provided channels, about a serious medical emergency have gone unaswered. In the end the F.B.O.P. is financially obligated to pay for my proper medical care, and would therefore be required to pay for all Court-Ordered medical treatments, which is why the Director F.B.O.P. is named as a respondent.

IV.    STATEMENT OF CLAIM

A.    State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated.  Do not include legal arguments or citations.  If you wish to present legal arguments or citations, file a separate memorandum of law.   If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. If your claims relate to prison disciplinary proceedings, attach copies of the disciplinary charges and any disciplinary hearing summary as exhibits. You should also attach any relevant, supporting documentation.

Please see attachment

Body Of Complaint: Statement of Claim:  pgs. 1-4

Rev. 10/3/19

## Request For Relief:

In a nutshell I am seeking Court-Ordered medical relief from a Court-ordered physician unconnected to U.S.P. Marion/the Health Services here/medical personel here. for cause.

I have cause for need of such care for two reasons: on-going brutal physical pain easily treated by proper medical care; and serious threat to my health from spinal damage, clearly shown on x-rays.

The Court cannot simply accept my complaints and presentation as facts without proper support. I, obviously, cannot provide such proof. I therefore request the Court do the following:

COURT ORDER FROM U.S.P. MARION THESE RECORDS:

1. My medical record file dating from 04/25/2022, including all x-rays, onwards.
2. A complete copy of all my e-mails to staff from 05/05/2022 onwards
3. A complete copy of all staff-to-staff emails with my name mentioned, from 04/25/2022 onwards

COURT ORDER FROM Office of Inspector General of the Dept. of Justice:

1. A complete copy of my communications to the O.I.G on 05/04/2022 and 05/05/2022 and all results/actions taken based on it.

Upon reception of my medical records, including x-rays, for the Court to appoint a physician, independant of USP MARION Health Services and the FBOP in general, to investigate those records proffessionally; and upon that physician's recommendation for that physician to properly examin me independant of USP MARION; and upon that physician's findings/prescription Court order me to be properly medically treated, independent of USP MARION, and for the Director F.B.O.P. to be Court Ordered to proper provide for the payment(s) of such treatment(s) properly.

I specifically am not seeking damages/compesation at this time with this action. I am soley seeking proper medical care in an emergency situation at the Court's direction. Any unneeded delay is clearly cruel, improper, and a potential severe threat to my health. I do not know if this situation requires a trial; certainly there is nothing here that I can see would require a jury; this seems to me to be a straight-forward judicial matter.

V.    **REQUEST FOR RELIEF**

State exactly what you want this court to do for you. If you are a state or federal prisoner and seek relief which affects the fact or duration of your imprisonment (for example: illegal detention, restoration of good time, expungement of records, or parole), you must file your claim on a habeas corpus form, pursuant to 28 U.S.C. §§ 2241, 2254, or 2255. Copies of these forms are available from the clerk's office.

Please see attachment
Request For Relief

VI.   **JURY DEMAND** (*check one box below*)

The plaintiff ☐ does ☒ does not request a trial by jury.

### DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed on: _____
(date)

_____
Signature of Plaintiff

U.S.P. MARION P.O.BOX 1000
Street Address

BRAUN THOMPSON
Printed Name

MARION, ILLINOIS 62959
City, State, Zip

09106-029
Prisoner Register Number

NONE
Signature of Attorney (if any)

Rev. 10/3/19

June 06, 2022

BRAUN THOMPSON #09106-029
U.S.P. MARION
P.O. BOX 1000
Marion, Illinois 62959

Dear Clerk,

Enclosed is the paperwork for filing in two seperate actions:

1. Case No. 3:22-cv-00059-NJR  Motion to File 2nd Amended Complaint, (5 pages)
→ this is to replace a Motion to file 1st Amended Complaint I
erroniously sent you a couple of days ago.


2. Civil Rights action I am filing, no case number assigned yet.
Includes:
Civil Rights Complaint form, with
  — Attachment "Previous Lawsuits" (one page)
  — Attachment "Statement of Claim" (four pages)
  — Attachment "Request for Relief" (one page)
  — Consent/No-Consent Form
  — Motion to Proceed In Forma Paupers.is, including
  motion requesting Court Order (one page)


Please file these with the Court. Thank you for your
assistance.

Sincerely, Braun Thompson
BRAUN THOMPSON

BRAUN THOMPSON 09106-029
United States Penitentiary/Marion
P.O.BOX 1000
Marion, Illinois 62959


CERTIFIED MAIL®

7021 2720 0001 8199 1480

SPECIAL
LEGAL
MAIL

CLERK OF COURT
United States District Court
Southern District Of Illinois
750 Missouri Ave,
East St. Louis, Illinois
62201



