United States District Court
Southern District Of Illinois

BRAUN THOMPSON
                    v.                          Case No. 3:22-cv-01062-JPG
United States Of America
                          ☒ Civil Complaint Pursuant To Tort Claims Act,
                             28 U.S.C. 1346, 2671-2650

FINAL AMENDED COMPLAINT     10-11-2022

JURISDICTION:
    Plaintiff:     BRAUN THOMPSON #09106-029
                   U.S.P. MARION
                   P.O. BOX 1000
                   MARION, IL. 62959


DEFENDANT: UNITED STATES OF AMERICA
                  (No idea of proper adress)
                  (No other defendants as such)


PREVIOUS/CURRENT LAWSUITS:
      1:13-CV-01346-MMM-BGC   Central District Of Illinois
         Judge Michael M. Mihm          | TWO CURRENT SUITS, WITH THE
    Defendants: FCI Pekin, Et al        | Southern District Of Illinois:
         Civil Rights Action            | CASE NO. 3:21-CV-14000-NJR
    Disposition: Dismissed as "frivolous" |
         Filing Date: August 2013       | CASE NO. 3:22-CV-00059-NJR
         Disposition: Spring 2014       |


GRIEVANCE PROCEDURE:
    1. Multiple e-mails to both Dr. Pass (M.D. over-seeing P.A. Brooks) and
    Dr. Harbison (Health Services Administrator) in depth and detail (dates:
    05/06-05/08-05/08-05/10-05/10-05/11-05/11-05/11-05/11-05/11-05/17, all 2022.
    These e-mails can be accessed by the Court via Court Order to the institution, as I
    have no access to them.
    2. An in depth, specific complaint filed with the Office of Inspector General,
    Washington, D.C. via e-mail emergency complaint (per instructions from the
    Attorney General nation-wide)
    3. Attatched is a copy, sent over a month ago to both the Attorney General and
    the F.B.O.P. Director, of a very specific Tort Claim filing in full detail of this
    situation. To date I have recieved nothing but silence in response, and have
    therefore exhausted Administrative Remedy, as these authorities refuse to even
    ackowledg this situation of medical emergency exists.

Final Amended Complaint                    PAGE: 2
Case No. 3.22-CV-01062-JPG
    Continued   10-11-2022


STATEMENT OF CLAIM:

The attatched Tort Claim specifies the details, Primarily I am claiming deliberate, conscious Medical malpractice on the part of the three medical staff who refused to provide the medical care I clearly needed and was entiteld to (P.A.L. Brooks, DR. PASS, DR. HARBISON). Since Tort Claim law prevents me from bringing suit against these individuals who are F.B.O.P. employees, I am doing so against the United States of America.

REQUEST FOR RELIEF:

I am seeking to sue the United States Of America for personal damages for failing to provide proper medical care that I am entitled to. Again, the details of this relief — in monetary amount — are specified in the attatched Tort Claim I filed with the Att. Gen. and F.B.O.P. Director. I will also seek, upon a verdict in my favor, a Court Order to the F.B.O.P. to provide the proper medical care a jury finds that I am entitled to.

JURY DEMAND: I do request a trial by jury.


I do believe I am now following properly all procedures I am required to.


Signed: October-11, 2022          Braun Thompsson
                                  BRAUN THOMPSON #09106-029
                                           U.S.P. MARION
                                           P.O. BOX 1000
                                           MARION, IL 62959

To: Attorney General
F.B.O.P. Director

Braun Thompson #09106-029
U.S.P. Marion
P.O. Box 1000
Marion, Illinois 62959

August     , 2022

Attorney General / Director,

This missive is directed to both the above (a full copy to each) because I am unsure which (if not both) will be dealing with these issues. Certainly both the above should be aware and involved.

This is a Tort Claim complaint for three seperate situations, of which both your offices have been contacted previously and for which I have filed current federal civil lawsuits (further details concerning all this follows later). This is an attempt to settle these issues "out of court" pursuant to specific law: U.S.C. Title 28 Part VI Chapter 171 Tort Claims Procedures § 2672: (first paragraph):

"The head of each Federal agency or his designee, in accordance with regulations prescribed by the Attorney General, may consider, ascertain, adjust, determine, compromise, and settle any claim for monetary damages against the United States for injury or loss of property or personal injury or death caused by the negligent or wrongful act or omission of any employee of the agency while acting within the scope of his office or employment, under circumstances where the United States, if a private person, would be liable to the claimant in accordance with the law of the place where the act or omission occured."

These incidences all involve clearly wrongful acts against my person by prison staff; for the most part — if not in fact all — part of the official record. I am seeking the immediate investigation of these situations, appropriate monetary compesation for damages in each, and an official documented acknowledgement of those wrongful acts and the specific individuals who committed them. There are three situations, involving (1) a physical assault involving intentional brutality, (2) on-going serious medical misconduct/malpractice, and (3) a series of "petty" but harmful thefts, consisting of fraudulant PLRA payments unlawfully taken from my account. Details as follows:

Physical Assault: 3 pgs.
Medical Misconduct: 4 pgs.
Series of Thefts: 5 pgs. (Fraudulant PLRA payments)

## MEDICAL MISCONDUCT / MALPRACTICE

On Wednesday 04/20/2022 I awoke with a severely pinched nerve as well as other pains. I am familiar with this type of pain as I have lived for years with a permanently compressed sciatic nerve on the left side for which I regularly receive chronic care. I waited for several days because I know such pain can simply fade away, but if anything it became worse.

On Monday 04/25/2022 I reported to sick call and saw a nurse.

On Tuesday 04/26/2022 I saw PA L. Brooks, my regular PA. I reported severe pain radiating from my right shoulder down through my arm and hand, an area between my spine and right shoulder blade that felt like a spike driven into it, very intense spinal pain in several of my upper back vertebrea that felt like they were cloven into a crack down the center, and a more general and deeper pain in the upper spine that was simply a bad ache. PA Brooks prescribed a "step-down" prescription of presidone plus an X-ray. We agreed that if that prescription prooved adequate I could wait to see Dr. Pass in about another month (my regular chronic care) but if the pain did not abate adequately I would be back to see her the following week for further treatment. No mention was made of potential spinal damage that showed up.

The presidone dosages were very short term; two days a piece of 50 mg/40 mg/30 mg/20 mg and descending. By the following week the dosages were so low that they were no longer effective.

On Monday 05/02/2022 I again, as agreed, reported to sick call. The receiving nurse informed me that the X-ray showed at least one bone spur and denegererate bone damage in at least four vertebrea — some of it severe — and possibly collapsed discs, this in the vertebrae I had said I had such pain in. The radioligist had made a more general comment, in agreement with that, the previous week when she took the x-rays. Talking to the nurse I re-described my pain and how it was not abating, and he commented that "This is not going away."

I waited in vain for PA Brooks to put me on callout and see me again for further treatment. She completely ignored my situation, did not even bother to respond, not even to her own ordered x-rays.

On either 05/04/2022 or 05/05/2022 I made use of an emergency e-mail to staff procedure (as we are instructed to do by the Attorney General) to contact the Office Of Inspector General in Washington, DC, about the situation because of how bad the pain was. If I remeber correctly (we have no access to such complaints once sent) I requested the O.I.G. to contact the

## MEDICAL MISCONDUCT/MALPRACTICE

F.B.O.P. Director/Counsel General; the F.B.O.P. Internal Affairs, Washington D.C.; the Warden here at Marion, and the Health Services Administrator here, Dr. Harbison, so that they would all have copies of the same complaint. I went into some detail in the complaint to show the seriousness and severity of the situation. To date, no response of any kind has been made to me by those authorities.

On Friday 05/06/2022 I filed an e-mail with HSA Dr. Harbison specifically informing her of the situation, including the complaint filed with the O.I.G.

On Sunday night 05/08/2022 I sent an email to Dr. Pass, who is the supervisor of the PAs and my primary healthcare provider, filing a detailed complaint of the situation. The response from him was some (false) reference to neck pain and orders to stop using the e-mail about the situation. These two e-mails were the beginning of a series of e-mails involving Dr. Pass and Dr. Harbison, and myself. Dr. Harbison made no response of any kind at any time, inspite of her responsibility over Health Services staff, particularly when a complaint of such a severe and serious misconduct is made. To the best of my knowledge she made no real attempt to investigate the situation; she certainly never contacted me, Dr. Pass made no effort to deal properly with the situation, spending most of his e-mails complaining about me, and finally proving in his last e-mail that he had not even actually read my complaint to him. He states specifically and rather condenscendingly that if I am in so much pain, I need to report to sick call, when I wrote him back and told him the entire complaint is about going to sick call and being refused attention, he responded with — total silence. I never heard from him again, and to date the only action Health Services has taken has been to try to force me back into the care of PA Brooks well after I had officially removed her as my medical care giver because of her misconduct and abuse — see e-mails to both Dr. Pass and Dr. Harbison.

I live constantly with the pains I described to PA Brooks, for which she acknowledges by her prescription for presidone and battery of X-rays. She was fully aware of my condition, and yet utterly refused to even respond to my second sick call visit and completely ignored her own ordered X-rays. She left me in on-going, constant, miserable pain without treatment or anywhere to turn — sick call is as far as a prisoner can take an emergency medical situation without taking the complaint steps I did. There is no procedure in place to go past a PA's refusal to respond to a medical emergency. I specifically use the

## MEDICAL MISCONDUCT/MALPRACTICE

term "medical emergency" for two reasons. The first is the terrible amount of pain moment to moment when there are many appropriate drugs available to the Health Services staff, présidone and oxycardazipine for two which are regularly prescribed for such pain. Deliberately, consciously forcing me to endure such misery is clearly cruel and unusual as well as clearly professional misconduct, especially in light of how simply and easily it can be treated.

The second reasons is the bone degenerate disease shown in several vertebrae, some of it severe (while PA Brooks, Dr. Pass, and Dr. Harbison have all recused to consult with me about those x-rays, both the radiologist and receiving sick call nurse commented on the obvious damage). I am not a medical expert, but I know enough to know that destruction of vertebrae — the spine itself — can threaten the spinal cord itself potentially, which not only can result in severe pain but possible paralysis, and those two outcomes are definitely in the realm of "emergency". Bone degeneration cannot be fixed, nor can spinal cord damage, and my situation is being left untreated with no effort being made to determine further on-going damage or to stop it.

It would not only be unreasonable, it would be insane to put my health care into the hands of PA L. Brooks after her obvious misconduct, intentional abuse, and utter lack of concern. Nor did Health Services have any need to do so. Dr. Pass could have at any time intervened and examined and treated me properly on his own authority; so could have HSA Dr. Harbison; and further, either of those two doctors could have simply assigned me to see either of the other two PAs who work for Health Services and were available. Nor was there any need for a lengthy examination of me in person. The description of my pain and condition was already recorded (twice) and they had the x-rays. These records could have been referred to at medical staff's convenience without my presence; my in-person presence would only have taken a 5-10 minute conversation with either doctor or either PA. I obviously cannot seek medical aid from either Dr. Pass or Dr. Harbison after thier weeks-long support of PA Brooks' misconduct and thier refusal to help me, nor, for obvious reasons, can I trust the ministrations of anyone under the direction of Dr. Pass or Dr. Harbison.

I have been bluntly and coldly denied proper medical attention for severe on-going pain, easily treated, and denied the same for a serious on-going health threat of permanent damage to the spine. Nor can I turn to Health Services at any level since the physician and the Health Services administrator are full partners to the abuse.

MEDICAL MISCONDUCT/MALPRACTICE

I am seeking, for the above damages and on-going conditions:

1) $25,000 (twenty-five thousand dollars) monetary recompense,

2) $2,000 (two thousand dollars) per day additional monetary recompense begining and including 05/03/2022, and continuing until I receive adequate medical care,

3) A full examination of these medical conditions by a proper medical authority having no previous ties to the B.O.P./D.O.J, and full medical treatment as prescribed by that authority,

4) & 5) The same certified documentation and written written acknowledgement for this situation as described in 2) & 3) in the "Physical Assault" complaint

* NOTATION: I continue to constantly suffer the physical miseries described without any relief, and appearently will do so until I do receive proper medical care by appropriate, trustworthy medical professionals.

* NOTATION: The e-mails to/from Dr. Pass and Dr. Harbison are dated 05/06/2022 - 05/08/- 05/08/- 05/10/- 05/10/- 05/11/- 05/11/- 05/11/- 05/11/- 05/11/- 05/17 I no longer have access to these e-mails, you will have to request them to be copied to you by institutional staff.



CERTIFIED MAIL

7021 2720 0001 8200 6138

MAIL CLEARED
US MARSHALS

Braun Thompson #09106-029
United States Penitentiary-Marion
P.O. Box 1000
Marion, Illinois 62959


SPECIAL
LEGAL
MAIL

CLERK OF COURT
United States District Court
Southern District of Illinois
P.O. Box 249
Room 141
750 Missouri Avenue
East St. Louis, Illinois
62201



RECEIVED

OCT 1 7 2022

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE



Warden
United States Penitentiary
Marion, IL. 62959    OCT 1 2 2022
Date: _____

The enclosed letter was processed through
special mailing procedures for forwarding to you.
The letter has neither been opened nor inspected.
If the writer raises a question or problem over
which this facility has jurisdiction,
you may wish to return the material for
further information on clarification.
If the writer encloses correspondence for
forwarding to another...

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE