**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **BRAUN THOMPSON, #09106-029,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 22-cv-01062-JPG** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**<u>JUDGMENT IN A CIVIL CASE</u>**

This action came before the Court, District Judge J. Phil Gilbert, and the following decision was reached:

**JUDGMENT IS HEREBY ENTERED AGAINST** Plaintiff and **IN FAVOR OF** Defendant.  Plaintiff shall recover nothing, and the action is **DISMISSED** without prejudice, the parties to bear their own costs.

**DATED**: 2/4/2025

MONICA A. STUMP, CLERK


By: s/ Megan Moyers
        Deputy Clerk

APPROVED:  s/ J. Phil Gilbert
                  J. PHIL GILBERT
                  United States District Judge